No. 765. EDDY *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Paul L. Adams,* Attorney General of Michigan, *Samuel J. Torina,* Solicitor General, and *Samuel Brezner* for respondent.

No. 770. KAHN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Charles H. Carr* and *George E. Danielson* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 779. MATTHEWS *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Wayne E. Ripley* for petitioner.

No. 781. SELECT THEATRES CORP. *v.* JOHNSON, COLLECTOR OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Victor R. Wolder* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Grant W. Wiprud* for respondent.

No. 784. UNITED STATES EX REL. GOLDSTEIN, ALIAS GOLD, ET AL. *v.* LOHMAN, SHERIFF. C. A. 7th Cir. Certiorari denied. *Henry H. Koven* for petitioners.

No. 785. UNITED STATES *v.* TWIN CITY POWER CO. ET AL. C. A. 4th Cir. Certiorari denied. *Solicitor General Rankin, Assistant Attorney General Morton, Ralph S. Spritzer, Roger P. Marquis* and *Harold S. Harrison* for the United States. *Dean Acheson, Robert L. Randall* and *David W. Robinson* for respondents.